AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

ANDRIJANA MACKOVSKA,

              Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

RECONTRUST COMPANY, N.A., et al.,

Case Number: 2:12-cv-00421-JCM-CWH

              Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendants Bank Home Loan Servicing, LP, Federal National Mortgage Association, ReconTrust Company, NA and against Plaintiff Andrijana Mackovska.

|  |  |
|---|---|
| May 16, 2013 | /s/ Lance S. Wilson |
| Date | Clerk |
|  | /s/ Erin Smith |
|  | (By) Deputy Clerk |